**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NINGBO LIQI ELECTRICAL APPLIANCES COMPANY LIMITED, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Civil Action No. 1:25-cv-14642 <br><br> JURY TRIAL DEMANDED |

**EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under

Seal. A full version of **Exhibits 2** will be filed separately under seal and will remain under seal

until further order of this court.

DATED December 1, 2025                          Respectfully submitted,

                                                  By: /s/ Xiyan Zhang
                                                      Xiyan Zhang
            Stratum Law LLC
            18 Campus Blvd. Ste. 100
            Newtown Square, PA 19073
            Phone# (215) 395-8756
            Bar# 5052642
            xzhang@stratumlaw.com
            *Counsel for Plaintiff*