UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINGBO LIQI ELECTRICAL APPLIANCES COMPANY LIMITED,<br><br>            Plaintiff,<br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>            Defendants. | Civil Action No. 1:25-cv-14642<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of **Exhibits 3** will be filed separately under seal and will remain under seal until further order of this court.

DATED December 1, 2025

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*

1