# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NINGBO LIQI ELECTRICAL APPLIANCES COMPANY LIMITED, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Civil Action No. 1:25-cv-14642-RWG <br><br> Honorable Robert William Gettleman <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2025, true and correct copies of Plaintiff's Complaint, Motion to Seal Complaint, Temporary Restraining Order, and their accompanying documents thereof have been served on all Defendants listed in Schedule A to the Complaint via email at the email addresses provided by third party platforms.

DATED December 30, 2025

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*